chocked. A car cannot be chocked with a link-pin laid across the rail, on account of the flange, but the pin should be put in endwise. Rebb supposed wood would hold the car-wheels better than iron pins.

HOKE & BURTON SMITH and SIMMONS & CORRIGAN, for plaintiff.

DORSEY, BREWSTER & HOWELL and A. O. BACON, for defendant.

---

### MORRISON *et al. v.* COHEN.

There was no abuse of discretion by the court in granting a first new trial in this case.          *Judgment affirmed.*

July 20, 1891.

From Fulton superior court. September term, 1890. Before Judge MARSHALL J. CLARKE.

C. T. LADSON and HULSEY & BATEMAN, for plaintiffs.
SIMMONS & CORRIGAN, for defendant.

---

### HADDEN *v.* LARNED.

1. Where all the pertinent facts on behalf of the claimant are admissible in evidence in a claim case and actually admitted, the refusal of the court to allow an amendment to the claim affidavit setting out these facts in detail, is of no consequence.
2. For the purpose of admitting to record a deed executed in another State, the attestation of a commissioner of deeds for Georgia in that State is sufficient without a certificate verifying his identity and official character; and that printed words describing him were erased and the same words interlined in their proper place without explanation of the erasure, will not vitiate the attestation.
3. That the official seal of the commissioner attached to or impressed upon the original deed was not copied or referred to in the record, will not affect the sufficiency or validity of the recording.
4. A deed of gift from wife to husband duly recorded, is admissible in evidence in favor of a third person who has loaned money on the faith of it, without affirmative proof that the deed was freely and voluntarily executed and not obtained by undue influence, persuasion or fraud.